TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-56055

**SO ORDERED.**

Dated: February 15, 2011

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David H. Cox<br>      Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br>David H. Cox, Debtor, Lothar Goernitz, Trustee.<br>      Respondents. | No. 2:10-bk-38987-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 3, 2003 and recorded in the office of the Kootenai County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and David H. Cox has an interest in, further described as:

> UNIT 2, LOT 4, BLOCK 2, VILLAGE II CONDOMINIUMS 2ND ADDITION, ACCORDING TO THE PLAT RECORDED IN BOOK I OF PLATS, PAGE 431, RECORDS OF KOOTENAI COUNTY, IDAHO, TOGETHER WITH AN UNDIVIDED INTEREST IN THE REMAINING COMMON AREA AS SET FORTH AND DEFINED IN THE CONDOMINIUM DECLARATION OF THE VILLAGE II RECORDED AS INSTRUMENT NO, 1659483 AND RERECORDED AS INSTRUMENT NO. 1665045.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.